

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/24/2020
```

January 23, 2020

**BY ECF**

The Honorable Sidney H. Stein
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

MEMO ENDORSED

Re: *United States v. David Smith*, 07 Cr. 453 (SHS)

Dear Judge Stein:

The Government respectfully submits this letter on behalf of the parties to request that the Court suspend the deadlines set by the Court on November 22, 2019 in the above-referenced case, in particular, the Government's discovery deadline of January 31, 2020, and the defendant's motions deadline of February 28, 2020. The parties are engaged in advanced plea discussions and expect to conclude those discussions by the end of next week. If a plea agreement is reached, the parties will promptly notify the Court to schedule a change of plea hearing. If no agreement is reached on or before January 31, 2020, the Government will file a letter on that date with the parties' proposed new deadlines for discovery and defense motions. Defense counsel consents to this request.

Respectfully submitted,

GEOFFREY S. BERMAN
United States Attorney

by: _____
Timothy V. Capozzi
Assistant United States Attorney
(212) 637-2404

cc: Defense counsel listed on ECF

SO ORDERED 1/24/2020

_____
SIDNEY H. STEIN
U.S.D.J.