

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

February 14, 2020

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/18/2020

**BY ECF**

The Honorable Sidney H. Stein
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *United States v. David Smith*, 07 Cr. 453 (SHS)

MEMO ENDORSED

Dear Judge Stein:

The Government respectfully requests that the Court schedule a change of plea hearing in the above-referenced case for February 20, 2020, at 2:00 p.m.

The Government further requests that the Court exclude the time between today [2/18/2020] and February 20, 2020, pursuant to the Speedy Trial Act. The ends of justice served by granting such an exclusion outweigh the best interest of the public and the defendant in a speedy trial, pursuant to 18 U.S.C. § 3161(h)(7)(A). An exclusion is warranted in order for the parties to continue their discussions of a potential resolution and for the defendant to continue his review of the discovery. Defense counsel consents to this request.

Respectfully submitted,

GEOFFREY S. BERMAN
United States Attorney

by: _____
Timothy V. Capozzi
Assistant United States Attorney
(212) 637-2404

cc: Defense counsel listed on ECF

SO ORDERED 2/18/2020

SIDNEY H. STEIN
U.S.D.J.