# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

March 19, 2020

**VIA ECF**

Honorable Sidney H. Stein
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/20/2020

**Re:** **United States v. David Smith,**
7 Cr. 453 (SHS)

MEMO ENDORSED

Dear Judge Stein,

I write to request a one-day extension of the deadline for filing the defense sentencing submission in the above captioned matter. As originally ordered, Mr. Smith's sentencing submission is due today. As the Court is aware, on the heels of a lockdown for security reasons, the BOP has prohibited legal visits at the MCC in light of health concerns related to the COVID-19 pandemic. As a result, it has been difficult to communicate with Mr. Smith other than by email. I request a one-day extension of the filing deadline to March 20, 2020, with the hope that I can consult with Mr. Smith prior to filing his sentencing submission.

The Government consents to this request and similarly requests an additional day for its filing. Mr. Smith, of course, consents to the one-day extension of the Government's deadline to March 27, 2020.

Respectfully submitted,

/s/ *Amy Gallicchio*

Amy Gallicchio, Esq.
Assistant Federal Defender
(212) 417-8728

CC: AUSA Timothy Capozzi

SO ORDERED 3/20/2020

SIDNEY H. STEIN
U.S.D.J.