UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

UNITED STATES OF AMERICA,                    07-Cr-453 (SHS)

    -v-                                                          ORDER

DAVID SMITH,

               Defendant.

------------------------------------------------------------x

SIDNEY H. STEIN, U.S.D.J.

    IT IS HEREBY ORDERED that the sentencing scheduled for April 2, 2020, is adjourned to June 4, 2020, at 2:30 p.m. The government's submission is due by March 29, 2020.

Dated: New York, New York
       March 24, 2020

SO ORDERED

_____
SIDNEY H. STEIN
U.S.D.J.