UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

UNITED STATES OF AMERICA,               07-Cr-453 (SHS)

    -v-               ORDER

DAVID SMITH,

                 Defendant.

------------------------------------------------------------x

SIDNEY H. STEIN, U.S.D.J.

     As set forth on the record today,

     IT IS HEREBY ORDERED that the defendant's application for bail [Doc. No. 350] is denied, without prejudice to renew.

Dated: New York, New York
       March 27, 2020

SO ORDERED

SIDNEY H. STEIN
U.S.D.J.