UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 07-Cr-453 (SHS) |
| -v- | : | ORDER |
| DAVID L. SMITH, | : | |
| Defendant. | : | |

------------------------------------------------------------------x

SIDNEY H. STEIN, U.S.D.J.

    Amy Gallicchio, Esq. having requested that the Court relieve the Federal Defenders as counsel for the defendant [Doc. No. 369],

    IT IS HEREBY ORDERED that:

    1. The Federal Defenders are relieved; and

    2. The CJA attorney on duty today, Lisa Scolari, is appointed to represent the defendant pursuant to the Criminal Justice Act, in connection with defendant's compliance with the conditions of supervised release.

Dated: New York, New York
        February 10, 2022

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.