UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
UNITED STATES OF AMERICA,

   -v-

DAVID SMITH,
        Defendant(s).
-----------------------------------------------------------X

**CONSENT TO PROCEED REMOTELY**

07-CR-453 (SHS)( )( )

Defendant __DAVID SMITH__ hereby voluntarily consents to participate in the following remote proceeding:

- ___ Initial Appearance/Appointment of Counsel

- ___ Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

- ___ Preliminary Hearing on Felony Complaint

- _X_ Supervised release/ Bail/Revocation/Detention Hearing

- ___ Status and/or Scheduling Conference

- ___ Sentence

_____
Defendant's Signature
(Judge may obtain verbal consent on Record and Sign for Defendant)

__DAVID SMITH__
Print Defendant's Name

_____
Defense Counsel's Signature

__LISA SCOLARI__
Print Defense Counsel's Name

3/2/2022
Date

_____
U.S. District Judge/U.S. Magistrate Judge